# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _08mj8367_ |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| _Eleuterio Medina-Sanchez, et al_ ) | |
| Defendant(s) ) | Booking No. _06264298_ |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

_Lizett Munoz_

DATED: _5/15/08_

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
       DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _J. Flores_
   Deputy Clerk